# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1671
_____

Bryan E. Sheppard

Petitioner

v.

United States of America

Respondent

------

Appeal from U.S. District Court for the Western District of Missouri - Kansas City

------

**JUDGMENT**

Before WOLLMAN, LOKEN, and SHEPHERD, Circuit Judges.

The petition for authorization to file a successive habeas application in the district court is granted. Mandate shall issue forthwith.

September 09, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans