# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1671

Bryan E. Sheppard

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City

---

## MANDATE

In accordance with the judgment of 09/09/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 09, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit